

RECEIVED
APR 16 2026
PRO SE OFFICE

Angela Perez

Petitioner,

Federal Bureau of investigations ,

Responder,

United State Court

New York

Dock<del>et</del> 26 CV 3147

PETITION

Petition

Dated this 12th of April 2026

REC'D SDNY CLERK'S OFF.
2026 APR 14 PM 8:30

My name is Angela Perez Dowling 12/14/1979. I Angela am writing a petition to the New York United States court regards to an issue. Regards to fraud criminal record possibly on my record the last time that it was ran was in the year of 2024 and something came up on the background from one of the background sites, I Angela 12/14/1979 did contact them directly sent them mailings also emails. I Angela 12/14/1979 also reported it to the FBI online several times. Regards to a complaint. A complaint being on my background it did not affect me due to it not saying I Angela was charged. There is no criminal charge on my record. I Angela never been or evicted or charged with any criminal charge. Never have I Angela been charged with any type of criminal charge ever in my life. I

PLEADING TITLE - 1

Angela a little concerned.  A complaint is showing up on my background. I Angela need to get assistance and report fraud on my background record  I is urgent .  I Angela 12/14/1979 was working in a Newark airport for a year. I Angela did have TSA and the FBI in a federal background check 10 years ago.  I Angela should have a clean background record.  I Angela need to report to the federal bureau of investigation fraud on my background. Please be advised there is fraud on my criminal record. I Angela 12/14/1979 need to get assistance on this petition. That's being filed for myself. Angela press please assist it's urgent that this gets to the federal rules of investigation. I Angela 12/14/1979   am doing it in the United States court in New York.  Please expedite urgent urgent urgent..

Best of my knowledge and best to my ability.

Grounds/Cause of Action: Legal reasons why you are entitled to relief:

Review cause  brief statement petition

## Relief

:

**Notice of petition be sent  to responder**

ANSWER WITH GOOD FAITH  being honest, fair, sincere, and transparent, with a genuine intention to act ethically and without deceit, even if the outcome isn't as desired, focusing on understanding.

PLEADING TITLE - 2

REC'D SDNY CLERK'S OFF.
2026 APR 14 PM8:32

Jury Demand (Optional): If you want a jury trial, state "Jury Trial Demanded".:

IF NEED, IF NOT RESULTED

Angela Perez Dowling
34 Webster street
North Arlington New Jersey
07031
8623957971 l
Aaj2805@gmail.com

Signature :

REC'D SDNY CLERK'S OFF.
2026 APR 14 PM8:30

Angela Perez Dowling                    04·14·26

Angela D Perez
    4022 East greenway street
Suit 11 P.O. Box 3
Phoenix Arizona 85031
979.288.8659 l
Aaj2805@gmail.com

Verification: A sworn statement that the petition's contents are true best to my knowledge and/or best of my ability.

**Angela Perez Petitioner**

**Federal Bureau investigation Responder**

PLEADING TITLE - 3

Align top of FedEx® shipping label here.

To: United States Court new York

RECEIVED
APR 15 2026
CLERK'S OFFICE
S.D.N.Y

USM SDNY
USM SDNY

# Envelope

## Recycle me.

from: Angela D Perez Dowling



RECEIVED
APR 16 2026
PRO SE OFFICE

RECEIVED
SDNY PRO SE OFFICE
2026 APR 16 AM 10: 52