ANGELA PEREZ

Petitioner

Federal bureaus, and investigation

Responder

United States Court

New York

Dock 26 CV 3147

PETITION

FEE WAVIER

DATE OF 12TH OF APRIL 2026

A fee waiver is a legal provision that allows individuals to file court documents or receive services without paying the required fees, typically due to financial hardship. Eligibility often depends on income levels or participation in public assistance programs.

### Inability to pay

I Angela request a fee waiver of court costs, and fees,    I  Angela cannot afford, due to hardship .  Help grant waiver fee for service processing court fees court cost any necessary fees, Required by the court. I   Angela meet required eligibility.

### Circumstances

1. I Angela  receiving  assistance (SNAP, Medicaid)

PLEADING TITLE - 1

REC'D SDNY CLERK'S OFF.
2026 APR 14 PM 8:31

Health and services public assistance 145768

2. Victim of unlawful crimes

3. Inability to pay due to hardship

### Relief

Grant a full waiver, relieving of all filing fees and court fees.
If or and if necessary,
Grant a partial waiver or payment plan.

**ANSWER WITH GOOD FAITH** being **honest, fair, sincere, and transparent,** with a genuine intention to act ethically and without deceit, even if the outcome isn't as desired, focusing on understanding.

**Jury Demand (Optional):** If you want a jury trial, state "Jury Trial Demanded".:

IF NEEDED, IF NOT granted

Angela Perez
34 Webster street
North Arlington New Jersey
07031
Aaj2805@gmail .com
8623957971

**Signature :** signature

Angela Perez Dowling

04·14·26

**Verification:** A sworn statement that the contents are true best to my knowledge and /or best of my ability.

PLEADING TITLE - 2